**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICROSOFT CORPORATION,
a Washington corporation,

    Plaintiff,

vs.                                           CASE NO. 6:06-CV-1830-ORL-19DAB

COMPUTER WORLD CORPORATION,
a Florida corporation; IBRAHIM A. BASHIR,
an individual d/b/a COMPUTER WORLD
CORPORATION; and IBRAHIM A. BASHIR,
an individual,

    Defendants.

---

## FINAL JUDGMENT AND PERMANENT INJUNCTION

This action came before the Court on the Motion for Default Judgment and Permanent Injunction (Doc. No. 16, filed March 16, 2007), and the issues have been duly considered. Therefore,

IT IS ORDERED AND ADJUDGED

1. The Motion for Default Judgment and Permanent Injunction filed by Plaintiff (Doc. No. 16) is **GRANTED.**

2. Defendants Computer World Corporation, Ibrahim A. Bashir and Ibrahim A. Bashir d/b/a Computer World Corporation are liable to Plaintiff Microsoft Corporation for willfully infringing Microsoft's rights in the following federally registered copyright under 17 U.S.C. §501:

      (a)    TX 5-407-055 ("Windows XP Professional");

      (b)    TX 5-329-272 ("Office XP Professional");

      (c)    TX 5-321-421 ("Access 2002");

      (d)    TX 5-318-231 ("Excel 2002");

      (e)    TX 5-321-422 ("Outlook 2002");

      (f)    TX 5-318-232 ("PowerPoint 2002");

      (g)    TX 5-321-425 ("Word 2002"; and

      (h)    TX 5-321-423 ("FrontPage 2002").

3.    Defendants Computer World Corporation, Ibrahim A. Bashir and Ibrahim A. Bashir d/b/a Computer World Corporation are liable to Plaintiff Microsoft Corporation for willful trademark infringement under federal law, 15 U.S.C. §1114, *et seq.,* for infringing Microsoft's following federally registered trademarks and service mark:

      (a)    1,200,236 ("MICROSOFT");

      (b)    1,256,083 ("MICROSOFT");

      (c)    1,872,264 ("WINDOWS");

      (d)    2,744,843 (COLORED FLAG DESIGN);

      (e)    1,475,795 ("POWERPOINT");

      (f)    1,741,086 ("MICROSOFT ACCESS");

      (g)    2,188,125 ("OUTLOOK"); and

      (h)    1,982,562 (PUZZLE PRICE LOGO).

4.    Defendants Computer World Corporation, Ibrahim A. Bashir and Ibrahim A. Bashir d/b/a Computer World Corporation are liable to Plaintiff Microsoft Corporation for false designation of origin and false description and representation under federal law,

15 U.S.C. §1125, *et seq.*, and unfair competition under the common law of the State of Florida.

  5. Plaintiff Microsoft Corporation shall recover of the Defendants Computer World Corporation, Ibrahim A. Bashir and Ibrahim A. Bashir d/b/a Computer World Corporation, jointly and severally, the sum $943,550.74, for which sum let execution issue, and comprised of the following:

    (A) $240,000.00 in statutory damages against Defendants under the Copyright Act, to bear interest at the legal rate as provided by law from the date of this judgment until paid in full.

    (B) $700,000 in statutory damages against Defendants under the Lanham Act to bear interest at the legal rate as provided by law from the date of this judgment until paid in full.

    (C) $3,550.74, jointly and severally, in attorneys' fees and costs, to bear interest at the legal rate as provided by law from the date of this judgment until paid in full.

  6. Defendants Computer World Corporation, Ibrahim A. Bashir and Ibrahim A. Bashir d/b/a Computer World Corporation their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those acting in concert or participation with them shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

    (a) initiating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not

limited to, the following Trademark and/or Service Mark Registration Numbers:

 (1) 1,200,236 ("MICROSOFT");

 (2) 1,256,083 ("MICROSOFT");

 (3) 1,872,264 ("WINDOWS");

 (4) 2,744,843 (COLORED FLAG DESIGN);

 (5) 1,475,795 ("POWERPOINT");

 (6) 1,741,086 ("MICROSOFT ACCESS");

 (7) 2,188,125 ("OUTLOOK"); and

 (8) 1,982, 562 (PUZZLE PIECE LOGO);

or the software programs, components, EULAs, items or things protected by the following Certificate of Copyright Registration Nos.:

 (1) TX 5-407-055 ("Windows XP Professional");

 (2) TX 5-329-272 ("Office XP Professional");

 (3) TX 5-321-421 ("Access 2002");

 (4) TX 5-318-231 ("Excel 2002");

 (5) TX 5-321-422 ("Outlook 2002");

 (6) TX 5-318-232 ("PowerPoint 2002");

 (7) TX 5-321-425 ("Word 2002"); and

 (8) TX 5-321-423 ("FrontPage 2002");

or any other words now or hereafter protected by any of Microsoft's trademarks or copyrights;

 (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any

software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (1) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of original or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging

in or performing any of the activities referred to in paragraphs (a) through (f) above.

**DONE AND ORDERED** at Orlando, Florida, this  22nd      day of March, 2007 at 4:39 p.m.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
Unrepresented Parties